IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 04-05033-02/03-CR-SW-ODS |
| | ) | |
| EMMANUEL RODRIGUEZ and | ) | |
| VICTOR GOMEZ-CORONADO, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AND OPINION ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, GRANTING DEFENDANTS' MOTION TO STRIKE SURPLUSAGE FROM THE INDICTMENT AND DENYING DEFENDANT'S MOTION TO DISMISS THE INDICTMENT**

On May 10, 2005, the Honorable James C. England, United States Magistrate Judge for the Western District of Missouri, issued his Report and Recommendation recommending that Defendants' Motion to Strike be granted and their alternative Motion to Dismiss the Indictment be denied. No party filed objections to the Report and Recommendation, and the time for doing so has passed. 28 U.S.C. § 636(b)(1)(C); Local Rule 74.1(a)(2). Accordingly, Judge England's Report and Recommendation is adopted as the Order of the Court, and for the reasons stated therein the surplus language in the Indictment related to issues relevant only to the United States Sentencing Guidelines are stricken. The alternative request to dismiss the Indictment is denied.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, JUDGE
DATE: June 2, 2005  UNITED STATES DISTRICT COURT